UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:18-cr-0044-TWP-TAB |
| | ) | |
| VYCTORYA COBB, | ) | - 02 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On December 16, 2021 and September 28, 2022, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on December 3, 2021.  Defendant appeared in person with his appointed counsel Joseph Cleary.  The government appeared by Nick Linder, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Felecia Bain.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Cobb of her rights and provided her with a copy of the petition.  Defendant Cobb orally waived her right to a preliminary hearing.

2.      After being placed under oath, Defendant Cobb admitted violation number 1. [Docket No. 205.]

3.      The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner.  You shall follow the prescription instructions regarding frequency and dosage."** |

On November 22, 2021, the offender provided a urine sample that yielded positive for marijuana.

The offender also tested positive for marijuana on the following dates, as previously reported to the Court: March 2, 2021, April 8, 2021, July 8, 2021, August 17, 2021, August 30, 2021, and October 7, 2021.

4.    The parties stipulated that:

(a)    The highest grade of violation is a Grade C violation.

(b)    Defendant's criminal history category is III.

(c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months' imprisonment.

5.    The parties jointly recommended a sentence of 1 day with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that her supervised release should be revoked, and that she should be sentenced to the custody of the Attorney General or his designee for a period of 1 day with no supervised release to follow.  The Defendant is released pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/30/2022

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system